# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 04-3088 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER TO TERMINATE CONSENT DECREE** |
| DOMINIUM MANAGEMENT SERVICES, INC., | |
| Defendant. | |

Based upon all the pleadings and papers on file in this action and the Joint Motion to Terminate Consent Decree by the parties filed on October 29, 2010 (Doc. No. 12), **IT IS ORDERED** that the Consent Decree entered by the Court on August 31, 2004 is terminated.

Dated: November 3, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge